IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | SECOND SUPERSEDING |
| v. | 1:22CR133-1 |
| REGINALD CODI THOMAS SUTTON | |

The Grand Jury charges:

## COUNT ONE

On or about February 2, 2022, in the County of Forsyth, in the Middle District of North Carolina, REGINALD CODI THOMAS SUTTON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about February 9, 2022, in the County of Forsyth, in the Middle District of North Carolina, REGINALD CODI THOMAS SUTTON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about March 25, 2022, in the County of Forsyth, in the Middle District of North Carolina, REGINALD CODI THOMAS SUTTON, having at least three previous convictions in any court for a violent felony, committed on occasions different from one another, and each conviction being for a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce firearms, that is, a Masterpiece Arms 9mm handgun and a Glock 9mm handgun, with knowledge of a previous conviction for a crime punishable by imprisonment for a term exceeding one year; to wit,

| Occasion | Violent Felony | Court | Offense Date and/or Location | Date of Conviction |
|---|---|---|---|---|
| One | Felony Breaking and/or Entering | Forsyth County District Court | 4/10/2012, at 3622 Evanston Way | 5/25/2012 |
| Two | Felony Breaking and/or Entering | Forsyth County District Court | 4/3/2012, at 190 Farmingdale Avenue | 5/25/2012 |
| Three | Felony Breaking and/or Entering | Forsyth County District Court | 4/4/2012, at 461 Bedford Knoll Avenue | 5/25/2012 |
| Four | Felony Breaking and/or Entering | Forsyth County District Court | 4/9/2012, at 3630 Bedford Park Court | 5/25/2012 |
| Five | Felony Breaking and/or Entering | Forsyth County District Court | 3/29/2012, at 485 Bedford Knoll Drive | 5/25/2012 |
| Six | Attempted Robbery with a Dangerous Weapon | Wake County Superior Court | 11/18/2015 | 7/29/2016 |

2

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

COUNT FOUR

On or about April 1, 2022, in the County of Forsyth, in the Middle District of North Carolina, REGINALD CODI THOMAS SUTTON knowingly and intentionally did unlawfully possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

DATED: July 25, 2022

SANDRA J. HAIRSTON
United States Attorney

*Margaret M. Reece by S*

BY: MARGARET M. REECE
Special Assistant United States Attorney

*Graham T. Green by S*

BY: GRAHAM T. GREEN
Assistant United States Attorney

A TRUE BILL:

███████████████████████
FOREPERSON

3